## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TEACHERS INSURANCE AND )
ANNUITY ASSOCIATION OF )
AMERICA, )
            )
        Appellant, )
            )
v. ) C.A. No. 24-1305-JLH
            )
RGN GROUP HOLDINGS, LLC, et al. )
            )
        Appellees. )

### RECOMMENDATION

At Wilmington, this 4th day of June, 2025:

WHEREAS, pursuant to the Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District, dated July 19, 2023, a mediation conference was held on April 29, 2025;

WHEREAS, no resolution of this matter occurred; and

WHEREAS, further mediation would not be a productive exercise, nor a worthwhile use of judicial resources.

THEREFORE, pursuant to the Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), IT IS HEREBY RECOMMENDED that this matter be withdrawn from the referral for mediation and that the matter proceed through the appellate process of this Court.

FILED

JUN – 4 2025

U.S. DISTRICT COURT DISTRICT OF DELAWARE

Laura D. Hatcher
United States Magistrate Judge