## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| RGN-GROUP HOLDINGS, LLC, ) | |
| *et al.*, ) | Bk. No. 20-11961 (BLS) |
| ) | |
| Debtors. ) | |
| ) | |
| TEACHERS INSURANCE AND ) | |
| ANNUITY ASSOCIATION OF ) | |
| AMERICA, ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Action No. 24-1305-JLH |
| v. ) | |
| ) | |
| RGN-GROUP HOLDINGS, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Appellees. ) | |
| ) | |

## **ORDER**

At Wilmington, this 11th day of June 2025, having received a recommendation from Magistrate Judge Laura D. Hatcher that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **July 11, 2025.**

2. Appellees' brief in opposition to the appeal is due on or before **August 11, 2025.**

3. Appellant's reply brief is due on or before **August 25, 2025.**

                                      _____
                                      The Honorable Jennifer L. Hall
                                      United States District Judge